Ronald Richard JOHNSON and Dee Lundberg Johnson, Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee.

No. 04–5093.

United States Court of Appeals, Federal Circuit.

June 24, 2005.

Before RADER, SCHALL, and LINN, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.